IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JEFFREY MILLER, Register No. 1152842, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-4198-CV-C-NKL |
| ) | |
| CAPTAIN SAM HARGRAVE, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

On April 25, 2007, plaintiff complied with the court's previous order and made an initial payment of $6.33 toward the $350.00 filing fee. Plaintiff is being permitted to pay the filing fee in monthly installments.[1]

IT IS, THEREFORE, ORDERED that the Missouri Department of Corrections forward funds from plaintiff's account, in accord with the provisions of 28 U.S.C. § 1915, until the $350.00 fee is paid. It is further

ORDERED that the clerk of court forward a copy of this order to the Office of the Treasurer with the Department of Corrections. It is further

ORDERED that the Clerk of Court resend to plaintiff a copy of this court's order of October 4, 2007. [23] It is further

ORDERED that the undersigned's recommendation of April 4, 2007, is vacated. [22]

Dated this 2nd day of May, 2007, at Jefferson City, Missouri.

William A. Knox
WILLIAM A. KNOX
United States Magistrate Judge

---

[1] Title 28 U.S.C. § 1915(b)(2) provides "[a]fter payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward the payments from the prisoner's account to the clerk of the court each time the amount in the account exceeds $10 until the filing fees are paid."