# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

**JEFFREY MILLER**

v.

**CAPTAIN SAM HARGRAVE, et al**

Case Number:   **06-4198-CV-C-NKL**

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_x_ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

− By Order of November 2, 2006, that plaintiff's claims against defendant Pettis County Jail are dismissed, pursuant to 28 U.S.C. § 1915, for failure to state a claim for which relief may be granted.

− By Order of November 1, 2007, the defendants' motion of August 21, 2007, to dismiss is granted and plaintiff's claims in this case are dismissed, without prejudice, for failure to prosecute, pursuant to the provisions of Fed. R. Civ. P. 41(b).

ENTERED ON:  November 2, 2007

_____
November 2, 2007

Date

PATRICIA L. BRUNE
_____

Clerk

L. Bax

(By) Deputy Clerk